E-FILED
Thursday, 24 August, 2006 10:26:17 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

CORY D. MOSBY

**FILED**
AUG 24 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-4039

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 23, 2006, in Peoria county, in the Central District of Illinois defendant, (Track Statutory Language of Offense)

CORY D. MOSBY, did knowingly possess more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(A)

I further state that I am a Task Force Officer - DEA and that this Complaint is based on the following facts:

SEE ATTACHMENT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

s/ Agent
Signature of Complainant
Loren Marion III
Task Force Officer - DEA

Sworn to before me and subscribed in my presence,

8-24-06 at Peoria, IL
Date / City and State

JOHN A. GORMAN
United States Magistrate Judge
Name & Title of Judicial Officer

s/ John A. Gorman
Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF COMPLAINT

Your Affiant, Loren Marion III, is a Police Officer employed by the City of Peoria. Your Affiant has been so employed since October 3, 1994. Your Affiant is currently assigned to the Special Investigations Division/ Vice and Narcotics Unit (S.I.D.). Your Affiant has been assigned to the S.I.D. Unit since January 2001. Your Affiant is also a Task Force Officer with the Drug Enforcement Administration- Springfield, IL. Resident Office, stationed in Peoria, Illinois. Your Affiant has been assigned as a Task Force Officer since March 7, 2006. During the course of your Affiant's law enforcement experience, your Affiant has received extensive training for investigations of narcotics violations, including but not limited to, a 40 hour Basic Narcotics Investigation course held at Fort Leonard Wood, MO. in 2001. In addition, your Affiant has also participated in numerous arrests and seizures.

1. This affidavit is made in support of an application for an arrest warrant for Cory D. MOSBY. The unlawful activities are the possession with intent to distribute more than fifty grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a) (1) and (b) (1) (A) and felon in possession of a firearm, in violation of Title 18 U.S.C., Section 922 (g).

2. Your Affiant is familiar with the following facts based upon your Affiant's personal observations and upon information officially supplied to your Affiant by other law enforcement agents.

3. On August 23, 2006, members of the Peoria Police Department's Special Investigations Division, Vice/Narcotics Unit (S.I.D.) conducted surveillance of MOSBY at 2401 N. Gale, apartment Y10, Peoria, Illinois. Members of the Peoria Police S.I.D. Unit had received previous information that MOSBY was a trafficker of cocaine in the Peoria area. During surveillance, MOSBY was observed having a domestic dispute with his girlfriend, Ashley HUNTER, in the parking lot of Parkview Estates, 2401 N. Gale. MOSBY and HUNTER argued outside then went back into the residence. Approximately 25 minutes later, MOSBY and HUNTER were seen walking on Gale Ave. towards University. MOSBY was seen carrying a white plastic bag. MOSBY and HUNTER were seen getting into a black Chrysler mini-van (IL. license plate 832 6065) that was driven by an unknown black female.

MOSBY got into the rear passenger area and HUNTER got into the front passenger seat. The mini-van then went North on N. Gale. Surveillance was continued on the mini-van. The mini-van was followed to the Lexington Hills Apartment Complex where the unknown black female who was driving the mini-van got out of the vehicle and went into an apartment. HUNTER got into the driver's seat and MOSBY stayed in the rear passenger seat area. Surveillance was continued on the vehicle. HUNTER drove to Methodist Medical Center. MOSBY exited the vehicle carrying the white plastic and started walking South on Hamilton. HUNTER went into the Emergency Room. Approximately 5 minutes later, HUNTER was seen exiting the Emergency Room. HUNTER got back into the mini-van and drove to MOSBY'S location where MOSBY got into the front passenger seat of the vehicle. While surveillance was continued on HUNTER and MOSBY, your Affiant went into the Emergency Room and inquired about the reason for HUNTER'S visit. A nurse told your Affiant that HUNTER had a laceration to her finger and was going to be treated for the cut. Since HUNTER left without being treated, it was decided to have an uniformed officer conduct a traffic stop on the vehicle to check the welfare of HUNTER. Uniform Patrol Sgt. Mushinsky and Officer Gray stopped the vehicle in the 1000 block of W. Lincoln. As Sgt. Mushinsky approached the vehicle, Sgt. Mushinsky observed MOSBY reach into a white plastic sack between the driver and passenger seat. Sgt. Mushinsky spoke to HUNTER about her injury and he asked her if she still had the knife. HUNTER told Sgt. Mushinsky that she did not have the knife and that he may search her vehicle. During a search of the vehicle, approximately 542 grams of cocaine base, approximately 77 grams of cannabis, approximately $15,800.00 in U.S. Currency, and a digital scale were located in the white plastic bag that MOSBY was observed carrying during surveillance. A Keltec 9mm handgun was also located during the search of the vehicle.

4. Based on the information in this affidavit, your Affiant requests the issuance of an arrest warrant for Cory D. MOSBY.

_s/ Agent_

Task Force Officer Loren Marion III
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

August 24 2006

_s/ John A. Gorman_
John A. Gorman
United States Magistrate Judge
Peoria, Illinois