## UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiffs,<br><br>    vs.<br><br>**CORY D. MOSBY,**<br>    Defendant. | )<br>)<br>)    **Docket No. 06-6039**<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

NOW COMES, SPENCER LEE DANIELS, Attorney at Law, and hereby enters his appearance for the Defendant, CORY D. MOSBY, in the above-noted cause.

DATED:    August 28, 2006

                                                        CORY D. MOSBY, Defendant


                                                By:  **/s/ Spencer Lee Daniels**
                                                        SPENCER LEE DANIELS


SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Telephone:  (309) 673-1400
Fax:  (309) 673-3960

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. mail, postage prepaid, in an envelope addressed to each of the attorneys of record herein at their respective addressed disclosed on the pleadings on the 28th day of August 2006.

          U.S. Attorney
       Bradley W. Murphy
211 Fulton Street, Suite 400
    Peoria, Illinois 61602


/s/ Susan K. Benedict
Susan K. Benedict, Legal Assistant


ATTORNEY FOR DEFENDANT:
SPENCER LEE DANIELS, ESQ.
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
(309) 673-1400