E-FILED
Friday, 15 September, 2006  12:04:44 PM
Clerk, U.S. District Court, ILCD

# United States District Court

RECEIVED

CENTRAL DISTRICT OF ILLINOIS  2006 AUG 28  P 4: 37

US MARSHALS SERVICE
CENTRAL ILLINOIS

UNITED STATES OF AMERICA
vs.
CORY D. MOSBY

**WARRANT FOR ARREST**

CASE NO. 06-6039

FILED
SEP 1 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ___CORY D. MOSBY___, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint charging him with possession of more than fifty (50) grams of

a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute in

violation of Title ___21___ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A)__.

___JOHN A. GORMAN___                          ___United States Magistrate Judge___
Name of Issuing Officer                                Title of Issuing Officer

[signature]                                   __8-24-06__ at Peoria, Illinois
Signature of Issuing Officer                       Date and Location

Bail fixed at $ __Detention Requested__ by ___John A. Gorman, United States Magistrate Judge___
                                                      Name of Judicial Officer

## RETURN

| This warrant was received and executed with the arrest of the above named defendant at _Peoria_ |||
|---|---|---|
| Date Received  08/28/06 | Name of Arresting Officer  Marion | Signature of Arresting Officer [signature] Haller |
| Date of Arrest  08-23-06 | Title of Arresting Officer  DEA | |