E-FILED
Thursday, 21 September, 2006  10:16:33 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED

SEP 2 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-100 72 |
| | ) | |
| CORY D. MOSBY, | ) | VIO: Title 21, United States Code |
| | ) | Section 841(a)(1) and (b)(1)(A); |
| Defendant. | ) | 18 United States Code Section |
| | ) | 924(c) and 18 United States Code |
| | ) | Section 922(g) |

## INDICTMENT
### COUNT 1
**(Possession with Intent to Distribute)**

The Grand Jury charges:

On or about August 23, 2006, in Peoria County, in the Central District of Illinois, the defendant,

**CORY D. MOSBY,**

did knowingly possess more than 50 grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### Count 2
**(Possession of Firearm in Furtherance of Drug Trafficking)**

On or about August 23, 2006, in Peoria County, in the Central District of Illinois,

the defendant,

**CORY D. MOSBY,**

did knowingly possess a firearm, a 9mm Keltec pistol, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, as alleged in Count 1.

In violation of Title 18, United States Code, Section 924(c).

### Count 3
### (Felon in Possession of Firearm)

On or about August 23, 2006, in Peoria County, in the Central District of Illinois, the defendant,

**CORY D. MOSBY,**

did knowingly possess a firearm, a .45 caliber pistol, which had previously traveled in interstate commerce, the defendant having been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

A True Bill,

s/Foreperson

_____
**Foreperson**

s/Rodger Heaton
_____
**RODGER A. HEATON**
UNITED STATES ATTORNEY
BWM:ksr