# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>  Plaintiff | )<br>)<br>)<br>) CASE NO. **06-10072**<br>)<br>) |
| **Cory D. Mosby**<br>  Defendant | )<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:00 AM** on **Wednesday, November 15, 2006.**

This matter is set for Jury Trial at 9:00 A.M. on **Monday, November 27, 2006**

at

[X ] Peoria, Illinois

[  ] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 25th day of September, 2006

```
 s/ John A. Gorman
```
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE