E-FILED
Monday, 16 October, 2006  01:41:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiffs, ) | |
| ) | Docket No. 06-10072 |
| vs. ) | |
| ) | |
| **CORY D. MOSBY,** ) | |
| Defendant. ) | |

### MOTION FOR RELEASE OF DEFENDANT PENDING TRIAL

Now Comes the Defendant, CORY D. MOSBY, by and through his attorney, SPENCER LEE DANIELS, and pursuant to Chapter 18, paragraph 3142(f) and states that Defendant is requesting an initial bond hearing pursuant to said section and for his motion states as follows:

1. That Defense Counsel, Spencer Lee Daniels, has previously waived the detention hearing in this cause and no Motion for Release has ever been filed by the Defendant in this cause.

2. That the Defendant is requesting that this Court consider at hearing the issue as to the release of the Defendant.

3. That the Defendant is requesting this Court to release on an ankle bracelet and to a third party custodian named Brenda Bowie, who will execute a document with the U.S. Probation Office to abide by all the terms of his pre-trial release.

4. That the Defendant is employed by Manpower and has been employed for a substantial amount of time and it is the understanding of the Defendant that his job will still be available if he is released.

5. That the Defendant has numerous ties to the area and would not be a risk of flight and in fact, the Defendant has children that live in the Peoria area.

7. That the Defendant requests the Court to consider the weight of the evidence against the Defendant, specifically the Defendant will be filing a Motion to Suppress the evidence in which the police had no apparent reason to stop the vehicle and to seize drugs that were in the vehicle with the Defendant at the time of his arrest.

7. That the Defendant is also willing to not associate with any individuals requested by the Court, not contacting victims or witnesses, abide by any curfew, and by his pre-trial detention including an ankle bracelet and to abide by any rules including the home detention in this cause.

8. The Court need not find that the Defendant poses both a flight risk and danger to release the Defendant, *U.S. v. Askari*, 608 F. Supp. 1045(E.D. PA. 1985) and that Defendant only has to show that the conditions will reasonably assure his presence at Court. It is the belief of Defendant that the Defendant will not be found guilty in this cause and that the Motion to Suppress will be granted in this cause.

Wherefore, the Defendant requests this Court to grant the Motion for Release of Defendant Pending Trial and to allow the pre-trial release of the Defendant with said conditions.

Respectfully submitted,

By: **/s/ Spencer Lee Daniels**
SPENCER LEE DANIELS

Attorney for Defendant:
SPENCER LEE DANIELS
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:   (309) 673-1400
Fax:   (309) 673-3960

**CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. mail, postage prepaid, in an envelope addressed to each of the attorneys of record herein at their respective addressed disclosed on the pleadings on October 16, 2006.

                                Assistant U.S. Attorney
                                Bradley W. Murphy
                         221 Fulton Street, Suite 400
                             Peoria, Illinois 61602

                              **/s/ Susan K. Benedict**
                               Susan K. Benedict, Legal Assistant

Attorney for Defendant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:    (309) 673-1400
Fax:   (309) 673-3960