E-FILED
Wednesday, 01 November, 2006  09:24:23 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiffs, ) | |
| ) | **Docket No. 06-10072** |
| vs. ) | |
| ) | |
| **CORY D. MOSBY,** ) | |
| Defendant. ) | |

**MOTION TO SUPPRESS PHYSICAL EVIDENCE**

Now Comes the Defendant, CORY D. MOSBY, by and through his attorney, SPENCER LEE DANIELS, and for his Motion to Suppress Physical Evidence states as follows:

1.   That the Defendant, Corby D. Mosby, is charged with knowingly possessing more than 50 grams of mixture in substance containing cocaine based crack in violation of Title 21 U.S.C 841(A)(1) and 841(B)(1)(a).

2.   That the Police, on August 23, 2006, stopped a vehicle which the Defendant was a passenger in said vehicle and did remove from said vehicle a gun and crack cocaine that was in said vehicle.

3.   That there was no warrant to search or arrest the Defendant that existed at the time of said search of said vehicle.

4.   That there was no lawful reason to stop said vehicle and that the search and seizure was without lawful authority for the following reasons:

   a.   No search or arrest warrant existed that justified the search and subsequent seizure;

   b.   No exigent circumstances existed that justified the warrantless search and seizure;

   c.   That the vehicle was lawfully driven and the driver of the vehicle did not commit any violations of the traffic laws of the State of Illinois.

     d.  That the owner of said vehicle did not agree to the consent of the search and seizure of any of the items provided to the Police at the time of the search and seizure of said vehicle.

     e.  That the search and seizure was not incident to or contemporaneous with a valid arrest of Cory D. Mosby.

  5.  That the evidence produced by said stop of said vehicle should be suppressed by this Court.

  Wherefore, the Defendant, Cory D. Mosby, prays this Honorable Court suppress all evidence seized from said vehicle.

             Respectfully submitted,

             By: **/s/ Spencer Lee Daniels**
                SPENCER LEE DANIELS

Attorney for Defendant:
SPENCER LEE DANIELS
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel: (309) 673-1400
Fax: (309) 673-3960

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. mail, postage prepaid, in an envelope addressed to each of the attorneys of record herein at their respective addressed disclosed on the pleadings on November 1, 2006.

                    Assistant U.S. Attorney
                    Bradley W. Murphy
                221 Fulton Street, Suite 400
                   Peoria, Illinois 61602

                **/s/ Susan K. Benedict**
                  Susan K. Benedict, Legal Assistant

Attorney for Defendant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:    (309) 673-1400
Fax:    (309) 673-3960