E-FILED
Wednesday, 01 November, 2006  01:42:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     Plaintiffs, ) | |
| ) | Docket No. 06-10072 |
|     vs. ) | |
| ) | |
| **CORY D. MOSBY,** ) | |
|     Defendant. ) | |

## MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE

Now Comes the Defendant, CORY D. MOSBY, by and through his attorney, SPENCER LEE DANIELS, and moves that the Court enter an order requiring the Government to provide to Defendant all evidence which is or may be exculpatory or mitigating to the Defendant or which could lead to such evidence, as required by <u>United States v. Bagley</u>, 473 U.S. 667, 87 L.Ed.2d 481 (1985), and <u>Brady v. Maryland</u>, 373 U.S. 83, 10L.Ed.2d 215 (1963).

    Respectfully submitted,

    By: **/s/ Spencer Lee Daniels**
         SPENCER LEE DANIELS

Attorney for Defendant:
SPENCER LEE DANIELS
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:    (309) 673-1400
Fax:   (309) 673-3960

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. mail, postage prepaid, in an envelope addressed to each of the attorneys of record herein at their respective addressed disclosed on the pleadings on November 1, 2006.

Assistant U.S. Attorney
Bradley W. Murphy
221 Fulton Street, Suite 400
Peoria, Illinois 61602

/s/ Susan K. Benedict
Susan K. Benedict, Legal Assistant

Attorney for Defendant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:   (309) 673-1400
Fax:   (309) 673-3960