E-FILED
Tuesday, 28 November, 2006  08:17:18 AM
Clerk, U.S. District Court, ILCD

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Cory Mosley      CASE NO. 06-10072

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 11/27/06 | ✓ | ✓ | Consent of Ashley Hunter | Marion |

FILED
NOV 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# CONSENT TO SEARCH BY SUBJECT OF SEARCH

Peoria City Police Department          Case: __06-24855/06-248__ ¹⁸³¹

Peoria, Illinois                       Date: __8-23-06__

Peoria County                          Time: __5:35 pm.__

I, __Ashley Hunter__ hereby give my consent to A#
                                                      • Blk GN
The search of my (home/automobile) _____ Denali
                                                      537634
Upon request of __Officer Loren Marion III / Sgt. Bainter__

who are officers with the Peoria City Police Department.

I know that I do not have to consent, but I do this of my own free will without any promises or threats having been made to me.

Dated this __8/23/06__ day of __Aug__ 2006 at __5:38pm__ hours.

Signed __Ashley Hunter__          Date: __8/23/06__

Witnesses: __Loren Marion, III__

Witnesses: __Sgt Jerry Bainter__  8-23-06  1738


GOVERNMENT EXHIBIT A
06-10072

CD
70