## UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
|     **Plaintiffs,**     ) | |
| )     | |
|     vs.     ) | Docket No. 06-10072 |
| )     | |
| **CORY D. MOSBY,**     ) | |
|     **Defendant.**     ) | |

### MOTION FOR RECONSIDERATION OF DETENTION

Now Comes the Defendant, CORY D. MOSBY, by and through his attorney, SPENCER LEE DANIELS, and for his Motion for Reconsideration of Detention states as follows:

1. That the new information that the Defendant wishes to present to the Court is that the Defendant has found a suitable third party individual to be placed in the custody of. Said third party individual is willing to accept said responsibility of the Defendant.

2. That the Defendant has and will be able to be employed if released upon bond in this cause.

3. That the Defendant has now agreed to allow an ankle bracelet for monitoring if the Court determines that release is acceptable.

4. That the Defendant is willing to abide by all terms of release and the fact that he does have potential employment and has substantial contacts with the area including a girlfriend and children living in the area that release with an ankle bracelet should be acceptable to the Court.

WHEREFORE, the Defendant requests this Court to grant the Motion for Release upon this reconsideration of the initial determination that Defendant not receive bond.

Respectfully submitted,

By: **/s/ Spencer Lee Daniels**
    SPENCER LEE DANIELS

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. mail, postage prepaid, in an envelope addressed to each of the attorneys of record herein at their respective addressed disclosed on the pleadings on December 14, 2006:

                              Assistant U.S. Attorney
                               Bradley W. Murphy
                        221 Fulton Street, Suite 400
                               Peoria, Illinois 61602

                        **/s/ Susan K. Benedict**
                          Susan K. Benedict, Legal Assistant

Attorney for Defendant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:    (309) 673-1400
Fax:   (309) 673-3960