E-FILED
Wednesday, 24 January, 2007  10:52:28 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     Plaintiffs, ) | |
| ) | Docket No. 06-10072 |
|     vs. ) | |
| ) | |
| **CORY D. MOSBY,** ) | |
|     Defendant. ) | |

## MOTION TO INSPECT GRAND JURY MINUTES

Now Comes the Defendant, CORY D. MOSBY, by and through his attorney, SPENCER LEE DANIELS, and for his Motion to Inspect Grand Jury Minutes states as follows:

1.  That this Court has heard a Motion to Suppress evidence in this cause.

2.  That there was testimony presented by Officer Marion at the Motion to Suppress hearing in this cause.

3.  That the Defendant believes that Officer Marion testified in front of the Grand Jury when the Grand Jury met prior to the indictment of this cause.

4.  That it is the belief of the Defendant that the testimony may be inconsistent with the testimony that was presented at the Motion to Suppress hearing by Officer Marion.

5.  That it is in the interest of equity and justice for this Court to allow the Defendant or for the Court to have a in camera presentation of the testimony of Officer Marion for the Defendant to be able to prove that Officer Marion has prior inconsistent statement as testified at the Motion to Suppress hearing.

Wherefore the Defendant requests this Court to grant said Motion to allow the Defendant to inspect said testimony or for an in camera hearing by the Court.

        Respectfully submitted,

        By: **/s/ Spencer Lee Daniels**
           SPENCER LEE DANIELS

Attorney for Defendant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:　(309) 673-1400
Fax:　(309) 673-3960

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. mail, postage prepaid, in an envelope addressed to each of the attorneys of record herein at their respective addressed disclosed on the pleadings on January 24, 2007.

Assistant U.S. Attorney
Bradley W. Murphy
221 Fulton Street, Suite 400
Peoria, Illinois 61602


**/s/ Susan K. Benedict**
Susan K. Benedict, Legal Assistant


Attorney for Defendant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:    (309) 673-1400
Fax:    (309) 673-3960