E-FILED
Thursday, 25 January, 2007  08:40:03 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-10072 |
| | ) | |
| CORY D. MOSBY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO
## MOTION TO INSPECT GRAND JURY MINUTES

Now comes the United States of America by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and in response to defendant's Motion to Inspect Grand Jury Minutes, states as follows:

1.  The government does not have grand jury minutes to provide.

2.  Due to budget constraints, the government will not be ordering grand jury minutes.

3.  If defense counsel wishes to pay for the production of grand jury minutes, the government will get an estimate of the costs for him.

WHEREFORE, the government requests the Court to deny the defendant's Motion to Inspect Grand Jury minutes.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/: BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

# CERTIFICATE OF SERVICE

I hereby certify that on **January 25, 2007**, I electronically filed the **GOVERNMENT'S RESPONSE TO MOTION TO INSPECT GRAND JURY MINUTES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Spencer Daniels, Attorney at Law.**

    **s/: Kim Ritthaler**
Kim Ritthaler
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050