## UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     **Plaintiffs,** ) | |
| ) | **Docket No. 06-10072** |
|     vs. ) | |
| ) | |
| **CORY D. MOSBY,** ) | |
|     **Defendant.** ) | |

### MOTION TO CONTINUE TRIAL

Now Comes the Defendant, CORY D. MOSBY, by and through his attorney, SPENCER LEE DANIELS, and for his Motion to Continue Trial states as follows:

1. That the Defendant has just notified Spencer Lee Daniels that he may wish to go to jury trial in this cause.

2. That Spencer Lee Daniels has not yet prepared all his witnesses for trial nor has he completed his investigation of all the facts if this case goes to trial.

3. That the Defendant has not previously requested a continuance of the trial date in this cause.

4. That the continuation of a trial date in this cause will not in any way jeopardize the Government's case.

5. That it is in the interest of equity and justice for this Court to grant said Motion to Continue Trial.

Wherefore the Defendant requests this Court to grant said Motion to Continue this trial to a date certain.

Respectfully submitted,

By: **/s/ Spencer Lee Daniels**
    SPENCER LEE DANIELS

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. mail, postage prepaid, in an envelope addressed to each of the attorneys of record herein at their respective addressed disclosed on the pleadings on January 25, 2007.

                      Assistant U.S. Attorney
                      Bradley W. Murphy
              221 Fulton Street, Suite 400
                    Peoria, Illinois 61602

                    **/s/ Susan K. Benedict**
                    Susan K. Benedict, Legal Assistant

Attorney for Defendant:
SPENCER LEE DANIELS
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
Tel:   (309) 673-1400
Fax:   (309) 673-3960