AO 458 (Rev. 10/95)  Appearance

E-FILED
Thursday, 08 February, 2007 04:30:39 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

_Central_ DISTRICT OF _Illinois_

USA
vs.
Cory Mosby

**APPEARANCE**

Case Number: 06-10072

FILED
FEB - 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cory Mosby

I certify that I am admitted to practice in this court.

Feb 8, 2007
Date

_Chester Slaughter_
Signature

Chester Slaughter    2631334
Print Name           Bar Number

7318 S. Cottage Grove
Address

Chi          IL.      60619
City         State    Zip Code

773-846-0500    773-846-0501
Phone Number    Fax Number