### UNITED STATES DISTRICT COURT
### FOR THE
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**         ) | |
|     **Plaintiffs,**         ) | |
|                                             ) | **Docket No. 06-10072** |
|     vs.         ) | |
|                                             ) | |
| **CORY D. MOSBY,**         ) | |
|     **Defendant.**         ) | |

### MOTION TO WITHDRAW AS ATTORNEY

NOW COMES, SPENCER LEE DANIELS, Attorney at Law, and for his Motion to Withdraw as Attorney for Defendant, CORY D. MOSBY, states as follows:

1. That on February 8, 2007, Spencer Lee Daniels, received an Entry of Appearance by Chester Slaughter of Chicago, Illinois, to represent Cory D. Mosby.

2. That Cory D. Mosby did not inform Spencer Lee Daniels that he had retained other counsel.

3. That in discussions with Mr. Slaughter of Chicago, Mr. Slaughter requested that Spencer Lee Daniels file a motion to withdraw as attorney for Cory D. Mosby in this cause.

4. That it is in the interest of equity and justice to allow Spencer Lee Daniels to withdraw as attorney for Cory D. Mosby in this cause.

WHEREFORE, Attorney Spencer Lee Daniels, request this Court to grant said Motion to Withdraw as Attorney for the Defendant, Cory D. Mosby.

                                                                    By: **/s/ Spencer Lee Daniels**
                                                                          SPENCER LEE DANIELS

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. mail, postage prepaid, in an envelope addressed to each of the attorneys of record herein at their respective addressed disclosed on the pleadings on the 9th day of February, 2007.

U.S. Attorney
Bradley W. Murphy
211 Fulton Street, Suite 400
Peoria, Illinois 61602

Chester Slaughter, Esq.
7318 S. Cottage Grove
Chicago, Illinois 60619

/s/ Susan K. Benedict
Susan K. Benedict, Legal Assistant

SPENCER LEE DANIELS, ESQ.
Attorney at Law
411 Hamilton Boulevard, Suite 1304
Peoria, Illinois 61602
(309) 673-1400