**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-10072 |
| CORY MOSBY, | ) |
| Defendant. | ) |

**GOVERNMENT'S LIST OF PHYSICAL EVIDENCE**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and submits the following list of physical evidence:

1. White plastic bag
2. Video tapes (2)
3A. 9mm Kel Tec pistol
3B. 45 caliber Ruger pistol
4. Miranda warning forms
5A. Crack cocaine (1B)
5B. Crack cocaine (2B-F)
6A. Marijuana(3A)
6B. Marijuana (4A-B)
7. Digital scales
8. Baggies

9. Black plastic bag

10A. 2 Kroger grocery bags

10B. 3 plastic bags

10C. 8 plastic bags

11. Blue jean shorts/boxers/socks

12. $4000 U.S. Currency

13. $3800 U.S. Currency

14. $4000 U.S. Currency

15. $2836 U.S. Currency

16. $1227 U.S. Currency

17. Mail addressed to Mosby

18. Dry cleaner receipt (Mosby)

19. Photos

20. Consent Search forms

21. Latent fingerprint lifts

22. Known fingerprints (Mosby)

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/: BRADLEY W. MURPHY**
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## CERTIFICATE OF SERVICE

I hereby certify that on **, April 6, 2007**, I electronically filed the Government's List of Physical Evidence with the Clerk of the Court using the CM/ECF system,

and I hereby further certify that I have mailed, by United States Postal Service a copy of the List of Physical Evidence to**:**

        **Chester Slaughter**
        **Lyle & Slaughter**
        **900 W. Jackson**
        **Suite 6-W**
        **Chicago, IL 60607**

        **s/: Debra L. Hansen**
        Supervisory Legal Assistant