IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-10072 |
| ) | |
| CORY MOSBY, ) | |
| ) | |
| Defendant. ) | |

### RECIPROCAL DISCOVERY REQUEST

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney, and hereby requests reciprocal discovery from the defendant in the above-styled case. In support of its request the government states as follows:

1.  The government has provided and made available discovery pursuant to Federal Rule of Criminal Procedure 16(a)(1)(C), (D) and (E).

WHEREFORE, pursuant to Federal Rules of Criminal Procedure 16(b)(1)(A), (B) and (C), and 26.2, the government respectfully requests that this

Honorable Court direct the defendant to provide reciprocal discovery to the government forthwith.

                            UNITED STATES OF AMERICA

                            RODGER A. HEATON
                            UNITED STATES ATTORNEY


                            <u>s/Bradley W. Murphy</u>
                            **BRADLEY W. MURPHY**
                            Assistant United States Attorney
                            One Technology Plaza, Suite 400
                            Peoria, Illinois 61602
                            Telephone: 309/671-7050

# CERTIFICATE OF SERVICE

It is hereby certified that on April 13, 2007, I electronically filed the foregoing **GOVERNMENT'S RECIPROCAL DISCOVERY REQUEST** with the Clerk of the Court using the CM/ECF system; and Bradley W. Murphy hand-delivered a copy to the party listed below in court.

>Chester Slaughter
>Attorney at Law
>900 W. Jackson
>Suite 6-W
>Chicago, IL 60607


>s/ Margo Scamp
>Legal Assistant