## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-cr-10072 |
| | ) | |
| v. | ) | |
| | ) | |
| CORY D. MOSBY, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

Counsel for the Defendant, Chester Slaughter, was informed on March 8, 2007 of the need to become registered for the Court's electronic filing system. Slaughter did not comply but informed the Court on April 13, 2007 at a hearing that his firm's e-mail problems had been corrected and the registration paperwork to become an e-filer would be completed by the end of the day. As of the date of this Order, Slaughter has not completed and submitted the necessary form for becoming a registered e-filer in the Central District of Illinois. The Court has repeatedly attempted to contact Slaughter at the number provided to the Court – (312) 563-0003. The Court has been unable to contact Slaughter or leave a message.

IT IS THEREFORE ORDERED that Attorney Slaughter will complete and submit the necessary form for becoming an e-filer in the Central District of Illinois within seven (7) days or the Court will initiate contempt proceedings against Attorney Slaughter.

ENTERED this  19th  day of April, 2007.

S/Joe Billy McDade
Joe Billy McDade
United States District Judge