E-FILED
Tuesday, 01 May, 2007 12:17:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED

MAY 1 _ 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-10072 |
| ) | |
| CORY MOSBY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION

Now comes the parties, the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and the defendant, Cory Mosby, and his attorney, Chester Slaughter, and hereby agree and stipulate as follows:

1. That prior to August 23, 2006, the defendant, Cory Mosby, had been convicted of a crime punishable by imprisonment for a term exceeding one year.

s/Asst. US Attorney            Dated  4/30/07
BRADLEY W. MURPHY
Assistant United States Attorney

s/DEFENDANT                    Dated  4-30-07
CORY MOSBY, Defendant

s/Defense counsel              Dated  4-30-07
CHESTER SLAUGHTER
Attorney for Defendant