AO 187 (Rev. 4/82) — **EXHIBIT AND WITNESS LIST**

E-FILED
Thursday, 03 May, 2007 08:44:19 AM
Clerk, U.S. District Court, ILCD

FILED MAY 2 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA vs. Cary Mosley | | DISTRICT COURT: CDIL |
| PLAINTIFF'S ATTORNEY: Brad Murphy, Jerry Brost | DEFENDANT'S ATTORNEY: Chester Slaughter | DOCKET NUMBER: 06-... |
| PRESIDING JUDGE: McDade | COURT REPORTER: J. Johnson | TRIAL DATE(S): 4-30-07 |
| | | COURTROOM DEPUTY: RR |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 5A | | 4-30-07 | ✓ | 4/30 | Bags of cocaine (chunks) base | Little |
| 5B | | | | | " " | |
| 5C | | | | | " " | |
| 5D | | | | | " " | |
| 5E | | | | | " " | |
| 5F | | | | | " " | |
| 6A | | | | | Bags of Marijuana | |
| 6B | | | | | " " | |
| 3A | | 5-1-07 | ✓ | 5/1 | 9mm KelTec pistol | Ybarra |
| 3B | | 5-1-07 | ✓ | 5/1 | 45 caliber Ruger pistol | |
| 11 | | 5-2-07 | ✓ | 5/2 | Brown bag w/ clothing, socks enclosed | Cowe |
| 11A | 1 | | | | White plastic garbage bag | |
| | 10B1 | | | | Zip-lock baggie | |
| | 10B2 | | | | Zip-lock baggie | |
| | 10B3 | | | | Sandwich baggies | |
| 10C1 | 10C5 | | | | Clear sandwich bags | |
| | 10D1 | | | | Sandwich bag | |
| | 10D2 | | | | " | |
| | 10D3 | | | | " | |
| | 9 | | | | Black plastic bag | |
| | 7 | | | | Digital scale | |
| | 8 | | | | Medium zip-lock bag | |
| | 10A1 | | | | Kroger bag | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

11A = 1, 10B1 - 10B3, 10C1 - 10C5, 10D1 - 10D3, 9, 7, 8, 10A1 - 10A2

Page 1 of ___ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | | vs. | Cory Mosley | CASE NO. 06-10072 |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 11A 10A² | | 4-30-07 | ✓ | 5-2 | Kruger Bag | Couve |
| 20 | | | | | Consent search envelope | |
| 21 | | | | | Miranda warning form | |
| 17 | | 5-1 | ✓ | 5-1 | Mail addressed to Mosley | |
| 18 | | 5-1 | ✓ | 5-1 | Dry cleaner receipt | |
| 22 | | 5-1 | ✓ | 5-1 | Fingerprint card of Mosley | Henson |
| 21B | | 5-1 | ✓ | | Black lift of Kruger bag | Ellis |
| 21C | | 5-1 | ✓ | | " | |
| 21A | | 5-1 | ✓ | | Photo of latent print | |
| 2A | | 5-2 | ✓ | 5-2 | Video of traffic stop | Ircland |
| 2B | | 5-2 | ✓ | 5-2 | Video of apartment | Jordan |
| 20A | | 5-2 | ✓ | 5-2 | Consent to Search by Cory Mosley | Marian |
| 20B | | 5-2 | | 5-2 | " " by Ashley Hunter | |