E-FILED
Thursday, 03 May, 2007  08:44:57 AM
Clerk, U.S. District Court, ILCD

GOVERNMENT'S INSTRUCTION NO. _____1_____

Members of the jury, you have seen and heard all the evidence and the arguments of the attorneys.  Now I will instruct you on the law.

You have two duties as a jury.  Your first duty is to decide the facts from the evidence in the case.  This is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts.  You must follow these instructions, even if you disagree with them.  Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially.  Do not allow sympathy, prejudice, fear, or public opinion to influence you. You should not be influenced by an person's race, color, religion, national ancestry, or sex.

Nothing I say now, and nothing I said or did during the trial, is mean to indicate any opinion on my part about what the facts are or about what your verdict should be.

FEDERAL CRIMINAL JURY INSTRUCTION 1.01

*given*

GOVERNMENT'S INSTRUCTION NO. ___2___

The evidence consists of the testimony of the witnesses, the exhibits admitted in evidence, and stipulations.

A stipulation is an agreement between both sides that a person would have given certain testimony.

I have taken judicial notice of certain facts that may be regarded as matters of common knowledge. You may accept those facts as proved, but you are not required to do so.

FEDERAL CRIMINAL JURY INSTRUCTION 1.02



given

GOVERNMENT'S INSTRUCTION NO. __3A__

You are to decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all, as well as what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, you may consider, among other things:

- the witness's age;

- the witness's intelligence;

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the manner of the witness while testifying; and

- the reasonableness of the witness's testimony in light of all the evidence in the case.

FEDERAL CRIMINAL JURY INSTRUCTION 1.03A

*given*

GOVERNMENT'S INSTRUCTION NO. ___4___

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this "inference." A jury is allowed to make reasonable inferences. Any inferences you make must be reasonable and must be based on the evidence in the case.

FEDERAL CRIMINAL JURY INSTRUCTION 1.04

*given*

GOVERNMENT'S INSTRUCTION NO. ____5____

Some of you have heard the phrases "circumstantial evidence" and "direct evidence." Direct evidence is the testimony of someone who claims to have personal knowledge of the commission of the crime which has been charged, such as an eyewitness. Circumstantial evidence is the proof of a series of facts which tend to show whether the defendant is guilty or not guilty. The law makes no distinction between the weight to be given either direct or circumstantial evidence. You should decide how much weight to give to any evidence. All the evidence in the case, including the circumstantial evidence, should be considered by you in reaching your verdict.

FEDERAL CRIMINAL JURY INSTRUCTION 1.05

given

GOVERNMENT'S INSTRUCTION NO. ____6____

Certain things are not evidence. I will list them for you:

First, testimony that I struck from the record, or that I told you to disregard, are not evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded. This includes any press, radio, or television reports you may have seen or heard. Such reports are not evidence and your verdict must not be influenced in any way by such publicity.

Third, questions and objections by the lawyers are not evidence. Attorneys have a duty to object when they believe a question is improper. You should not be influenced by any objection or by my ruling on it.

Fourth, the lawyers' statements to you are not evidence. The purpose of these statements is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.


FEDERAL CRIMINAL JURY INSTRUCTION 1.06


*given*

GOVERNMENT'S INSTRUCTION NO. ____7____

It is proper for an attorney to interview any witness in preparation for trial.

FEDERAL CRIMINAL JURY INSTRUCTION 1.07

given

GOVERNMENT'S INSTRUCTION NO. ___8___

The indictment in this case is the formal method of accusing the defendant of an offense and placing the defendant on trial. It is not evidence against the defendant and does not create any inference of guilt.

The defendant is charged with the offense of possession of cocaine base (crack) with intent to distribute, possession of a firearm in furtherance of drug trafficking, and possession of a firearm by a felon. The defendant has pleaded not guilty to the charges.

FEDERAL CRIMINAL JURY INSTRUCTION 2.01

*given*

GOVERNMENT'S INSTRUCTION NO. 9

The defendant is presumed to be innocent of the charges. This presumption continues during every stage of the trial and your deliberations on the verdict. It is not overcome unless from all the evidence in the case you are convinced beyond a reasonable doubt that the defendant is guilty as charged. The government has the burden of proving the guilt of the defendant beyond a reasonable doubt.

This burden of proof stays with the government throughout the case. The defendant is never required to prove his innocence or to produce any evidence at all.

FEDERAL CRIMINAL JURY INSTRUCTION 2.03



given

GOVERNMENT'S INSTRUCTION NO. ___*10*___

The defendant has an absolute right not to testify.  The fact that the defendant did not testify should not be considered by you in any way in arriving at your verdict.

FEDERAL CRIMINAL JURY INSTRUCTION 3.01

*given*

GOVERNMENT'S INSTRUCTION NO. __11___

You have received evidence of a statement said to be made by the defendant to police officers. You must decide whether the defendant did in fact make the statement. If you find that the defendant did make the statement, then you must decide what weight, if any, you feel the statement deserves. In making this decision, you should consider all matters in evidence having to do with the statement, including those concerning the defendant himself and the circumstances under which the statement was made.

FEDERAL CRIMINAL JURY INSTRUCTION 3.02

given

GOVERNMENT'S INSTRUCTION NO. ____13____

You have heard witnesses give opinions about matters requiring special knowledge or skill. You should judge this testimony in the same way that you judge the testimony of any other witness. The fact that such a person has given an opinion does not mean that you are required to accept it. Give the testimony whatever weight you think it deserves, considering the reasons given for the opinion, the witness' qualifications, and all of the other evidence in the case.

FEDERAL CRIMINAL JURY INSTRUCTION 3.07


given

GOVERNMENT'S INSTRUCTION NO. $\underline{14}$

To sustain the charge of possession of cocaine base (crack) with intent to distribute as alleged in Count 1 of the indictment, the government must prove the following propositions:

First:    That the defendant knowingly possessed cocaine base (crack);

Second:  That the defendant possessed cocaine base (crack) with the intent to distribute it to another person.

It does not matter whether the defendant knew the substance was cocaine base (crack). It is sufficient that the defendant knew it was some kind of prohibited drug.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all of the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendant not guilty.

FEDERAL CRIMINAL JURY INSTRUCTION 4.01

*given*

GOVERNMENT'S INSTRUCTION NO. _____ 15 _____

When the word "knowingly" is used in these instructions, it means that the defendant realized what he was doing and was aware of the nature of his conduct, and did not act through ignorance, mistake or accident. Knowledge may be proved by the defendant's conduct, and by all the facts and circumstances surrounding the case.

FEDERAL CRIMINAL JURY INSTRUCTION 4.06

*given*

GOVERNMENT'S INSTRUCTION NO. _____16_____

Upon retiring to the jury room, select one of your number as your foreperson. The foreperson will preside over your deliberations and will be your representative here in court.

Forms of verdict have been prepared for you.

Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your Foreperson will fill in and date the appropriate form, and each of you will sign it.

FEDERAL CRIMINAL JURY INSTRUCTION 7.01



GOVERNMENT'S INSTRUCTION NO. ___17___

I do not anticipate that you will need to communicate with me. If you do,
however, the only proper way is in writing, signed by the foreperson, or if he or
she is unwilling to do so, by some other juror, and given to the marshal.

FEDERAL CRIMINAL JURY INSTRUCTION 7.05

*given*

GOVERNMENT'S INSTRUCTION NO. _____18_____

The verdict must represent the considered judgment of each juror. Your verdict, whether it be guilty or not guilty, must be unanimous.

You should make every reasonable effort to reach a verdict. In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors. Discuss your differences with an open mind. Do not hesitate to re-examine your own views and change your opinion if you come to believe it is wrong. But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of your fellow jurors or for the purpose of returning a unanimous verdict.

The twelve of you should give fair and equal consideration to all the evidence and deliberate with the goal of reaching an agreement which is consistent with the individual judgment of each juror.

You are impartial judges of the facts. Your sole interest is to determine whether the government has proved its case beyond a reasonable doubt.

FEDERAL CRIMINAL JURY INSTRUCTION 7.06

*given*

GOVERNMENTS INSTRUCTION NO. __19__

Possession of an object is the ability to control it. Possession may exist even when a person is not in physical contact with the object, but knowingly has the power and intention to exercise direction or control over it, either directly or through others.

21 U.S.C. § 841(a)(1)
FEDERAL CRIMINAL JURY INSTRUCTION, p. 380

*given*

GOVERNMENT'S INSTRUCTION NO. 2○

To sustain the charge of possession of a firearm in furtherance of drug trafficking as alleged in Count 2 of the indictment, the government must prove the following propositions:

First:    That the defendant committed the crime of possession with intent to distribute cocaine base (crack) as charged in Count 1 of the Indictment; and

Second:    That the defendant knowingly possessed a firearm, that is, a 9mm Kel Tec pistol, in furtherance of that crime.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all of the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendant not guilty.

FEDERAL CRIMINAL JURY INSTRUCTION
p. 236
18 U.S.C. §924(c)

*given*

GOVERNMENT'S INSTRUCTION NO. 2 1 _____

To sustain the charge of possession of a firearm by a felon as alleged in Count 3 of the indictment, the government must prove the following propositions:

First:  That prior to August 23, 2006, the defendant had been convicted of a crime that was punishable by a term of imprisonment of more than one year; and

Second: That on August 23, 2006, the defendant knowingly possessed a firearm, that is a .45 caliber Colt pistol; and

Third:  That the firearm possessed by the defendant had traveled in interstate commerce prior to defendant's possession of it on that date.

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt, then you should find the defendant guilty.

If, on the other hand, you find from your consideration of all of the evidence that any of these propositions has not been proved beyond a reasonable doubt, then you should find the defendant not guilty.

FEDERAL CRIMINAL JURY INSTRUCTION
p. 232
18 U.S.C. §922(g)

given

GOVERNMENT'S INSTRUCTION NO. 2 2

A firearm has traveled in interstate commerce if it has traveled between

one state and any other state or country, or across a state or national boundary

line. The government need not prove how the firearm traveled in interstate

commerce or that the firearm's travel was related to the defendant's possession of

it or that the defendant knew the firearm had traveled in interstate commerce.

FEDERAL CRIMINAL JURY INSTRUCTION
p. 234
18 U.S.C. §922(g)

given

GOVERNMENT'S INSTRUCTION NO. 23

If you find the defendant guilty of possession of cocaine base (crack) with intent to distribute as charged in Count 1 of the Indictment, the jury must also find beyond a reasonable doubt the quantity of drugs involved. Indicate your finding as to the quantity of drugs below and have each juror sign this form.

We the jury find that the defendant possessed_____

grams of cocaine base (crack) with intent to distribute.

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          

GOVERNMENT'S INSTRUCTION NO. ___**3 B**___

You are to decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all, as well as what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, you may consider, among other things:

- the witness's age;

- the witness's intelligence;

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the manner of the witness while testifying; and

- the reasonableness of the witness's testimony in light of all the evidence in the case.

You should judge the defendant's testimony in the same way that you judge the testimony of any other witness.

FEDERAL CRIMINAL JURY INSTRUCTION 1.03B


withdrawn

GOVERNMENT'S INSTRUCTION NO. 12

You have heard evidence that the defendant has been convicted of a crime. In addition to proof of the charge alleged in Count 3 of the Indictment, you may consider this evidence in deciding whether the defendant's testimony is truthful in whole, in part, or not at all.

FEDERAL CRIMINAL JURY INSTRUCTION 3.05 (as modified)

withdrawn

You have heard evidence that the defendant has been convicted of a crime. In addition to proof of the charge alleged in Count 3 of the Indictment, you may consider this evidence in deciding whether the defendant's testimony is truthful in whole, in part, or not at all.