We the jury find the defendant,

**CORY D. MOSBY,**

FILED

MAY 2 – 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Guilty of the charge of possession of cocaine base (crack) with intent to distribute as alleged in Count 1 of the Indictment.

s/foreperson
Foreperson

/s/ Juror

s/Juror

s/JUROR

s/JUROR

s/Juror

s/Juror

s/Juror

s/Juror

s/JUROR

s/Juror

If you find the defendant guilty of possession of cocaine base (crack) with intent to distribute as charged in Count 1 of the Indictment, the jury must also find beyond a reasonable doubt the quantity of drugs involved. Indicate your finding as to the quantity of drugs below and have each juror sign this form.

We the jury find that the defendant possessed _____514_____ grams of cocaine base (crack) with intent to distribute.

_____
s/foreperson
Foreperson

_/s/ Juror_____   _s/Juror_____

_s/JUROR_____   _s/JUROR_____

_s/Juror_____   _s/Juror_____

_s/Juror_____   _s/Juror_____

_s/Juror_____   _s/JUROR_____

_s/Juror_____

E-FILED
Thursday, 03 May, 2007  08:47:58 AM
Clerk, U.S. District Court, ILCD

We the jury find the defendant,

FILED
MAY 2 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CORY D. MOSBY,**

Guilty of the charge of possession of a firearm in furtherance of drug trafficking as alleged in Count 2 of the Indictment.

_s/foreperson_
Foreperson

/s/ Juror

s/JUROR

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/JUROR

s/Juror

E-FILED
Thursday, 03 May, 2007  08:48:05 AM
Clerk, U.S. District Court, ILCD

We the jury find the defendant,

**FILED**
**MAY 2 - 2007**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### CORY D. MOSBY,

Guilty of the charge of possession of a firearm by a felon as alleged in Count 3 of the Indictment.

_s/foreperson_
Foreperson

/s/ Juror

s/Juror

s/JUROR

s/JUROR

s/Juror

s/Juror

s/Juror

s/JUROR

s/Juror