**E-FILED**
Monday, 27 August, 2007  03:56:13 PM
Clerk, U.S. District Court, ILCD

8/27/2007 3:28:02 PM

## Notice to File Appeal

    On August 17, 2007, Cosby Mosley was sentenced by Judge Joe Billy McDade of the U.S. District Court for the Central District of Illinois, for a term of 262 months, on Count 1, Possession of Cocaine Base, pursuant to 21 USC Sec. 841(a) and (b)(1)(a), count 2 Possession of a Firearm in Furtherance of Drug Trafficking 18USC Sec. 924 (c), Count 3, Felon in Possession of Firearm 18 USC, Sec. 922 (g).

    Mr. Mosby is in custody of the Department of Justice and is an indigent who wants to file his Notice of Appeal Pro Se of the finding of guilty in case no. O6-10072-001.

    Mr. Mosby requested that I send this notice on his behalf, but I am not representing him on his appeal.

    Corey Mosby
    Pro Se

**E-FILED**
Monday, 27 August, 2007  03:57:34 PM
Clerk, U.S. District Court, ILCD

8/27/2007 3:28:02 PM

**Notice to File Appeal**

      On August 17, 2007, Cosby Mosley was sentenced by Judge Joe Billy McDade of the U.S. District Court for the Central District of Illinois, for a term of 262 months, on Count 1, Possession of Cocaine Base, pursuant to 21 USC Sec. 841(a) and (b)(1)(a), count 2 Possession of a Firearm in Furtherance of Drug Trafficking 18USC Sec. 924 (c), Count 3, Felon in Possession of Firearm 18 USC, Sec. 922 (g).

      Mr. Mosby is in custody of the Department of Justice and is an indigent who wants to file his Notice of Appeal Pro Se of the finding of guilty in case no. O6-10072-001.

      Mr. Mosby requested that I send this notice on his behalf, but I am not representing him on his appeal.

                                                  Corey Mosby
                                                     Pro Se