## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                    Docket No.: 06-10072

Division: Peoria

### Plaintiff (Petitioner)Short CaptionDefendant (Respondent)

Cory D. Mosby                    v.        United States of America

-------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**              **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Chester Slaughter                    Name: Bradley W. Murphy

Firm: Chester Slaughter & Associates       Firm: US Attorney

Address: 7318 W. Cottage Grove Ave.        Address: Suite 400, 211 Fulton St.

Chicago, IL 60619                          Peoria, IL 61602

Phone: 773-846-0500                        Phone: 309-671-7050

-------------------------------------------------------------------------------------------------------

Judge: Joe Billy McDade                    Nature of Suit Code:

Court Reporter: NM                         Date Filed in District Court: 9/20/06

                                           Date of Judgment: 8/20/07

                                           Date of Notice of Appeal: 8/27/07

Counsel:  ___Appointed      _X__Retained ___Pro Se

Fee Status:    ___Paid      _X__Due      ___IFP        ___IFP Pending      ___U.S.        ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes        __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):   13521-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**