FILED
OCT 15 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

United States

v.    Case No. 07-3032

Corey D. Mosby

) Appeal from the United States District Court for the
) Central District of Illinois
) District Court No. 06-CR-10072
) District Court Judge Joe Billy McDade

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Cory Mosby

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 10-9-07

My issues on appeal are:
No probable cause to arrest

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $N/A | $0 | $N/A |
| Self-employment | $0 | $N/A | $0 | $N/A |
| Income from real property (such as rental income) | $0 | $N/A | $0 | $N/A |
| Interest and dividends | $0 | $N/A | $0 | $N/A |
| Gifts | $0 | $N/A | $0 | $N/A |
| Alimony | $0 | $N/A | $0 | $N/A |
| Child support | $0 | $N/A | $0 | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $N/A | $0 | $N/A |
| Disability (such as social security, insurance payments) | $0 | $N/A | $0 | $N/A |
| Unemployment payments | $0 | $N/A | $0 | $N/A |
| Public-assistance (such as welfare) | $0 | $N/A | $0 | $N/A |
| Other (specify): | $0 | $N/A | $0 | $N/A |
| Total monthly income: | $0 | $N/A | $0 | $N/A |

1

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | | |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| Cory Mosby Jr. | Son | 10 |
| Divon Corja Mosby | Son | 8 |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No  Is property insurance included? [ ] Yes [ ] No | $ NONE | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NONE | $ N/A |
| Home maintenance (repairs and upkeep) | $ NONE | $ N/A |
| Food | $ NONE | $ N/A |
| Clothing | $ NONE | $ N/A |
| Laundry and dry-cleaning | $ NONE | $ N/A |
| Medical and dental expenses | $ NONE | $ N/A |
| Transportation (not including motor vehicle expenses | $ NONE | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ NONE | $ N/A |

3

|  |  |  |
|---|---|---|
| Life | $ NONE | $ N/A |
| Health | $ NONE | $ N/A |
| Motor vehicle | $ NONE | $ N/A |
| Other: _____ | $ NONE | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ NONE | $ N/A |
| Installment payments | $ NONE | $ N/A |
| Motor Vehicle | $ NONE | $ N/A |
| Credit card (name): _____ | $ NONE | $ N/A |
| Department store (name): _____ | $ NONE | $ N/A |
| Other: _____ | $ NONE | $ N/A |
| Alimony, maintenance, and support paid to others | $ NONE | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ NONE | $ N/A |
| Other (specify): _____ | $ NONE | $ N/A |
| Total monthly expenses: | $ NONE | $ N/A |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [✓] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [ ✓ ] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**




**13. State the address of your legal residence.**

_____

_____

_____

Your daytime phone number: (____) _____

Your age: _____ Your years of schooling: _____

Your social-security number: _____

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Manpower | N/A | Jan - April 06 | 1,000 |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.* $ 90.00

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): None

Other real estate (Value): 

Motor Vehicle #1 (Value)
Make & year: 
Model: 
Registration # 

Motor Vehicle #2 (Value)
Make & year: None
Model: 
Registration # 

Other assets (Value): 

Other assets (Value): 

2