E-FILED
Friday, 02 November, 2007  11:55:56 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 31, 2007



FILED
NOV 2 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*By the Court:*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 07-3032                          v. | ] Illinois.<br>] |
| CORY D. MOSBY,<br>    Defendant-Appellant. | ] No. 06 CR 10072<br>]<br>] Joe Billy McDade,<br>]      Judge. |

Attorney Chester Slaughter, Slaughter & Associates, 7318 W. Cottage Grove Avenue, Chicago, IL 60619, is appointed to represent defendant-appellant Cory D. Mosby pursuant to the provisions of the Criminal Justice Act.

**IT IS ORDERED** that briefing shall proceed as follows:

1. The brief and required short appendix of the defendant-appellant shall be filed on or before December 10, 2007.

2. The brief of the plaintiff-appellee shall be filed on or before January 9, 2008.

3. The reply brief of the defendant-appellant, if any, shall be filed on or before January 23, 2008.

Note:   Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).