

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 20, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA  v. Cory Mosby
D. C. Docket No. 06-10072
U. S. C. A. Docket No. 07-3032

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1- Volumes of Pleadings

    4- Volumes of Transcript #53, 54, 55, and 56

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits

    Other (specify): 1 - Volume of sealed documents #9, 31, 32, 33, 43, 44, 46

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:_s/ T. Kelch_____
Deputy Clerk