

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

E-FILED
Monday, 30 June, 2008 12:00:15 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 3 0 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

June 20, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. Cory Mosby
D. C. Docket No. 06-10072
U. S. C. A. Docket No. 07-3032

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

4- Volumes of Transcript #53, 54, 55, and 56

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits

Other (specify): 1 - Volume of sealed documents #9, 31, 32, 33, 43, 44, 46

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY: _s/ T. Kelch_____
Deputy Clerk

U.S.C.A. – 7th Circuit
FILED
JUN 2 4 2008 GW
GINO J. AGNELLO
CLERK